IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

ANTHONY DEWAYNE WALKER         PLAINTIFF
ADC #107683

v.                No. 2:20-cv-126-DPM

JOHN A. MUNN, Lieutenant, EARU         DEFENDANT

## ORDER

The Court adopts Magistrate Judge Kearney's unopposed recommendation, *Doc. 94*. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Motion for summary judgment, *Doc. 89*, granted. Walker's remaining claims will be dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

12 January 2022