IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

ANTHONY DEWAYNE WALKER                                    PLAINTIFF
ADC #107683

v.                              No. 2:20-cv-126-DPM

JOHN A. MUNN, Lieutenant, EARU;
DARLINE THURSON, Doctor, Mental
Health Counselor, EARU;  ALICIA
WILLIAMS, Sergeant, EARU;   and
JEREMY ANDREWS, Assistant Deputy
Warden, Cummins Unit                                     DEFENDANTS

## JUDGMENT

1.    Walker's claims against Thurson, Williams, and Andrews are dismissed without prejudice.

2.    Walker's claims against Munn are dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

12 January 2022